THIS ORDER IS APPROVED.

Dated: May 29, 2014



Brenda Moody Whinery, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

DIAZ, KIMBERLY DIANE

Debtor(s)

Chapter 7

Case No. 0:14-bk-01980 BMW

**ORDER EXTENDING TIME TO FILE OBJECTIONS TO DISCHARGE;**
**ORDER EXTENDING DEADLINE TO FILE OBJECTIONS TO**
**PROPERTY CLAIMED EXEMPT**

Trustee's Motion to Extend Time to File Objection to Discharge and Motion to Extend Time to File Objections to Exemptions having come before the court, no objections having been made, and good cause appearing, said Motion is herein approved, extending the deadline to file objections to discharge until July 15, 2014, and extending the deadline to file objections to exemptions until July 15, 2014.

**SIGNED AND DATED ABOVE**